## No. 3452.

### JEAN ANTOINE ESCOTT et als. *v.* CITY OF NEW ORLEANS.

All the questions in this suit were passed upon and settled in the case of the heirs of Escott *v.* Municipality No. 2.

APPEAL from the Fourth District Court, parish of Orleans. *Theard, J. Lacey, Butler & Lavisson,* for plaintiffs and appellants. *H. D. Ogden,* for defendant and appellee. *Randell Hunt,* for the heirs of Livingston, called in warranty.

MORGAN, J. We agree with the judge of the district court, that all the questions in this controversy have been passed upon, and are settled by the decision of this court in the case of the heirs of Escott *v.* Municipality No. 2.

The judgment of the district court is, therefore, affirmed, with costs. Rehearing refused.